UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


EDDIE FLAKES, JR.,

        Plaintiff,

                                   File No.  1:11-CV-640

v.

                                   HON. ROBERT HOLMES BELL

UNKNOWN PARTY, named as Treasurer
of the United States, et al.,

        Defendants.

_____/


**ORDER APPROVING AND ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On August 10, 2011, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") recommending that Plaintiff Eddie Flakes, Jr.'s complaint, as amended, be dismissed without prejudice for lack of subject-matter jurisdiction.  (Dkt. No. 13.)  This Court is required to make a *de novo* determination of those portions of the R&R to which specific objection has been made, and may accept, reject, or modify any or all of the Magistrate Judge's findings or recommendations.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

The R&R was duly served on Plaintiff.  Plaintiff has not filed any objections to the R&R, and the deadline for doing so has expired.  Plaintiff has filed a number of letters, affidavits, and a supplement to the complaint.  (*See* Dkt. Nos. 14-25.)  None of these filings raise any specific objections to the R&R.  Moreover, none of these filings purport to address the issue of this Court's subject-matter jurisdiction.  On review, the Court concludes that the

R&R has correctly determined that this Court lacks subject matter jurisdiction over Plaintiff's complaint.  Accordingly,

**IT IS HEREBY ORDERED** that the August 10, 2011, R&R is **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint, as amended and supplemented, is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.


Dated: September 8, 2011                    /s/ Robert Holmes Bell
                                            ROBERT HOLMES BELL
                                            UNITED STATES DISTRICT JUDGE